

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00709-CR

Kayro **MORENO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001128D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on October 29, 2018. On November 1, 2018, this court notified the court reporter responsible for preparing the record, Mr. David Laurel, that the reporter's record was late. Mr. Laurel was directed to file a notification of late record if he had not received payment or to file the reporter's record no later than December 3, 2018. The reporter's record was not filed by the extended deadline.

It is therefore ORDERED that Mr. Laurel file the reporter's record in this court no later than January 2, 2019. If the record is not received by such date, an order may be issued directing Mr. Laurel to appear before this court in person and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Laurel by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Oscar H. Hale, Jr., Judge of the 406th Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court